Tina Wolfson, CSB No. 174806
*twolfson@ahdootwolfson.com*
Robert Ahdoot, CSB No. 172098
*rahdoot@ahdootwolfson.com*
Theodore W. Maya, CSB No. 223242
*tmaya@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Attorneys for Plaintiffs and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| PHILIP ALVAREZ, RANDALL BETTISON, MARC KELLEHER, and DARLENE VAUGH individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>Defendant. | Case No. 2:18-cv-8605-JVS-SS<br><br>**DECLARATION OF PAUL WRIGHT IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Paul Wright, declare as follows:

1. I submit this declaration in support of preliminary approval of the Class Action Settlement in the matter of *Alvarez v. Sirius XM Radio Inc.,* Case No. 2:18-cv-8605-JVS-SS (C.D. Cal.). The matters stated herein are true of my own knowledge or, where indicated, I am informed and believe that they are true. If called upon as a witness, I could and would competently testify as follows.

2. I am a competent adult over the age of eighteen years of age and a resident of California.

3. I have participated in this litigation throughout its pendency, including by discussing my experience with purchasing a lifetime subscription from Sirius XM, searching for and gathering any relevant documents, reviewing the complaints, being available for my attorneys throughout the litigation, staying updated about the litigation, and approving the terms of the proposed Settlement.

4. I have reviewed, understood, and fully agree to the terms and conditions of the proposed Settlement. I approve and support the Settlement because I believe that it is fair, reasonable, and in the best interests of the Class. I have no conflict with the Class and pursued this litigation so that I would help others who similarly purchased a lifetime subscription from Sirius XM.

5. The lifetime subscription I purchased from Sirius XM is associated with a Device that was activated to receive Sirius XM's satellite radio service prior to June 5, 2020 and that continues to receive the Sirius XM satellite radio service.

6. My lifetime subscription is therefore an Active Lifetime Subscription.

7. I retained attorneys experienced in consumer class action litigation, and understood they would represent the best interests of the Class.

8. I request that this Court approve the Settlement Agreement because it is in the best interests of the Class.

9. I also request that I be awarded $5,000 for my work on this case in securing relief for hundreds of thousands of consumers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of June 2020 in Huntington Beach, California.

_____
Paul Wright (Jun 6, 2020 14:09 PDT)
Paul Wright