Tina Wolfson, CSB No. 174806
*twolfson@ahdootwolfson.com*
Robert Ahdoot, CSB No. 172098
*rahdoot@ahdootwolfson.com*
Theodore W. Maya, CSB No. 223242
*tmaya@ahdootwolfson.com*
Bradley K. King, CSB No. 274399
*bking@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Cornelius P. Dukelow (*pro hac vice*)
*cdukelow@abingtonlaw.com*
**ABINGTON COLE + ELLERY**
320 South Boston Avenue, Suite 1130
Tulsa, Oklahoma 74103
Telephone & Facsimile: (918) 588-3400

Keith S. Dubanevich (*pro hac vice*)
*kdubanevich@stollberne.com*
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone:  (503) 227-1600
Facsimile:   (503) 227-6840

*Class Counsel*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PHILIP ALVAREZ, RANDALL BETTISON, MARC KELLEHER, and DARLENE VAUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>Defendant. | Case No. 2:18-cv-08605-JVS-SS<br><br>**DECLARATION OF PAUL WRIGHT IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES AND FOR SERVICE PAYMENTS** |

I, Paul Wright, declare as follows:

1. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Expenses and for Service Payments in the matter of *Alvarez v. Sirius XM Radio Inc.,* Case No. 2:18-cv-08605-JVS-SS (C.D. Cal.). The matters stated herein are true of my own knowledge or, where indicated, I am informed and believe that they are true. If called upon as a witness, I could and would competently testify as follows.

2. I am a competent adult over the age of eighteen years of age and a resident of California.

3. I retained attorneys experienced in consumer class action litigation to represent me in this matter. At the outset, I was informed of and understood my duties as a class representative, and believe that I have fulfilled these duties.

4. I have actively participated in this litigation, including by discussing my experience with purchasing a lifetime subscription from Sirius XM, searching for and gathering relevant documents in my possession, and making myself available to my attorneys to assist them with whatever they needed related to the lawsuit. I stayed informed about major developments in this action and communicated with my attorneys through phone calls and e-mails throughout the pendency of this action.

5. My attorneys have regularly sought my assistance in prosecuting this lawsuit and negotiating a potential resolution of it.

6. I reviewed and approved the complaint filed on my behalf in *Wright v. Sirius XM Radio, Inc.,* Case No. 16-01688 JVS before it was filed. I conducted a diligent search for both hard copies and electronic copies of relevant documents, and provided my attorneys with any necessary information they needed in preparing initial disclosures, as well as in opposing Sirius XM's motion to compel arbitration in *Wright*, and in appealing the Court's order granting Sirius XM's motion.

7. I reviewed the proposed Settlement Agreement, and other pleadings prepared by my attorneys.

8. After reviewing the Settlement Agreement and its exhibits, my attorneys and I went over the core terms of the Settlement and they answered all of my questions. I conducted a final review of the Settlement Agreement, understood and fully ageed to the terms of the proposed Settlement and later on signed it.

9. To the best of my recollection, the approximate time spent on these activities was approximately 20 hours over the course of many months. I believe this is a conservative estimate.

10. I approve and support the Settlement because I believe that it is fair, reasonable, and in the best interests of the Class. I have no conflict with the Class and pursued this litigation so that I would help others who similarly purchased a lifetime subscription from Sirius XM.

11. The lifetime subscription I purchased from Sirius XM is associated with a Device that was activated to receive Sirius XM's satellite radio service prior to June 5, 2020 and that continues to receive the Sirius XM satellite radio service. My lifetime subscription is therefore an Active Lifetime Subscription as this term is defined in the Settlement Agreement.

12. While I did not undertake any direct financial risks in pursuing this action, I understood that, by stepping forward as a named plaintiff in this case, I was taking certain risks, and that it was likely to generate some publicity and be associated with my name in the future. I also was aware that stepping forward as a plaintiff in this lawsuit may have a negative impact on certain aspects of my life. Despite these risks, I decided to pursue this case because I felt it was more important to vindicate the rights of hundreds of thousands of consumers who similarly purchased a lifetime subscription from Sirius XM.

13. I believe that a $5,000 Service Payment as permitted by the Settlement Agreement and requested in Plaintiffs' Motion for Attorneys' Fees and Expenses and

for Service Payments is fair compensation for my work on this case in securing relief for hundreds of thousands of consumers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14 th day of November 2020.

_____
Paul Wright (Nov 14, 2020 17:55 PST)
Paul Wright

---

4

DECLARATION OF PAUL WRIGHT ISO MTN FOR FEES AND EXPENSES
AND FOR SERVICE PAYMENTS