NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PHILIP ALVAREZ, RANDALL BETTISON, MARC KELLEHER, and DARLENE VAUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>Defendant. | Case No. 2:18-cv-08605-JVS-SS<br><br>Hon. James V. Selna, presiding<br><br>**ORDER GRANTING STIPULATION TO EXCEED PAGE LIMITATION FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

# **ORDER**

The parties' Stipulation to the Extend Page Limitation of the Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement is GRANTED.

Plaintiffs' Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement shall not exceed **thirty** pages.

**IT IS SO ORDERED.**

Dated: December 15, 2020

_____
Honorable James V. Selna
United States District Judge