UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 18-8605 JVS (SSx) | Date | January 25, 2021 |
| Title | Phillip Alvarez v. Sirius XM Radio Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| | |
|---|---|
| Lisa Bredahl | Sharon Seffens |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Theodore Maya, Tina Wolfson<br>Robert Ahdoot, Conrelius Dukeow | Thomas Demitrack<br>Allison Waks |

**Proceedings:** VIDEO CONFERENCE Plaintiffs' Motion for Final Approval of Class Action Settlement [89]

    Cause is called for hearing via video conference and counsel make their appearances. Court and counsel confer. At the request of plaintiffs, the hearing is continued to February 8, 2021 at 1:30 p.m. via video conference. Any supplemental brief is due by February 1, 2021.

| | : | 10 |
|---|---|---|
| Initials of Preparer | lmb | |