UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-8605 JVS (SSx) | Date | February 8, 2021 |
|---|---|---|---|
| Title | Phillip Alvarez v. Sirius XM Radio Inc. | | |

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Theodore Maya, Tina Wolfson | Thomas Demitrack |
| Robert Ahdoot, Conrelius Dukeow | Allison Waks |

**Proceedings:** VIDEO CONFERENCE Plaintiffs' Motion for Final Approval of Class Action Settlement [89]

    Cause is called for hearing via video conference and counsel make their appearances.  The tentative order was issued.  Court and counsel confer.  Objections are heard.  The Court GRANTS the motion in accordance with the tentative ruling.  A separate order GRANTING motion to issue.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | lmb | |